[No. 7612.]

SILFORD ET AL. v. HAYES.

The case ruled by the judgment in number 7611 *ante* 248.

*Appeal from Washington District Court.*—Hon. H. P. BURKE, Judge.

Messrs. ALLEN & WEBSTER, for appellants.

Mr. JOHN F. MAIL, for appellees.

Mr. JUSTICE BAILEY delivered the opinion of the court:

This case was tried below, and argued here in connection with case No. 7611, *Charles A. Silford* and *August Muntzing,* Appellants, *v. W. S. Stratton,* Appellee, just decided. The proofs and pleadings are substantially alike in both cases. The conclusion in No. 7611 is decisive of and determines the matters at issue in this case, and requires an affirmance of the judgment.                    *Judgment affirmed.*

CHIEF JUSTICE MUSSER and Mr. JUSTICE WHITE concur.